# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 16, 2015

## NO. 03-15-00275-CV

**Jessica Kay Ryburn, Appellant**

**v.**

**Andrew Ryan Walkley, Appellee**

### APPEAL FROM THE 335TH DISTRICT COURT OF LEE COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on January 20, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.